## Commonwealth *v.* Davis, Appellant.

Submitted September 9, 1969. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino,* Assistant District Attorneys, and *Stephen*

J. McEwen, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.